1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9                   DISTRICT OF NEVADA

10   JEREMY A. ROBBINS,              )   Case No. 3:11-cv-00177-ECR-VPC
                                     )
11                                   )
                    Plaintiff,       )
12                                   )   ORDER
     vs.                             )
13                                   )
                                     )
14   DOUG BRADY, et al.,             )
                                     )
15                  Defendants.      )
                                     )
16   _____)

17       On August 24, 2011, the Magistrate Judge filed a Report and Recommendation
18   (#3) recommending that Plaintiff's application to proceed *in forma pauperis* be granted.
19   The Magistrate Judge reviewed the complaint and has made recommendations to the
20   Court regarding Plaintiff's claims for Fourth Amendment excessive use of force against
21   Defendants Brady and John Doe #2; supervisory liability claims against Defendants
22   Haley and John Doe #1; and Plaintiff's official capacity claims alleged in his complaint.
23
24       **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's
25   Report and Recommendation (#3) is well taken and is **APPROVED** and **ADOPTED**.
26   /  /  /
27   /  /  /
28   /  /  /

**IT IS FURTHER ORDERED** as follows:

1. The Clerk of Court shall file the complaint (#1-1);

2. Plaintiff Jeremy A. Robbins is permitted to maintain this action to conclusion without prepayment of the full filing fee and is GRANTED *in forma pauperis* status. <u>Plaintiff is directed to follow all of the instructions in the Magistrate's Report and Recommendation</u>;

3. Plaintiff's Fourth Amendment excessive use of force claims against Defendants Brady and John Doe #2 may PROCEED;

4. Plaintiff's supervisory liability claims against Defendants Haley and John Doe #1 are DISMISSED WITHOUT PREJUDICE, WITH LEAVE TO AMEND. If Plaintiff desires to file an amended complaint in this regard, he must do so within 21 days from the date of the entry of this order or the right to amend will be foreclosed;

5. Plaintiff's official capacity claims against all Defendants are DISMISSED WITH PREJUDICE.

Dated this 3rd day of October 2011.

_____
EDWARD C. REED, JR.
United States District Judge