**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JEREMY A. ROBBINS, ) | 3:11-cv-00177-ECR-VPC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Order** |
| ) | |
| DOUG BRADY, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 9, 2011, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (#1).  On October 4, 2011, the Court adopted (#5) the Magistrate Judge's Report and Recommendation (#3) that Plaintiff be granted IFP status and that Plaintiff's fourth amendment excessive use of force claims against Brady and John Doe #2 may proceed.  On October 4, 2011, the Clerk filed the complaint (#6).

The Report and Recommendation (#3), Order (#5), and Complaint (#6) were returned as undeliverable when mailed to Plaintiff's address.  No further action has been taken by Plaintiff, and no proof of change of address has been filed.  LSR 2-2 provides that a plaintiff shall immediately file written notification of any change of address, including proof of service upon each opposing party.  Failure to comply may result in dismissal of the action with prejudice.  At this time, the Court shall dismiss the action without

prejudice for failure to provide the Court with notification of Plaintiff's change of address.

**IT IS, THEREFORE, HEREBY ORDERED** that the action is dismissed without prejudice because Plaintiff has failed to comply with LSR 2-2.

The Clerk shall enter judgment accordingly.

DATED: July 22, 2012.

_____
UNITED STATES DISTRICT JUDGE